IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA ISAAC MARTINEZ,

    **Plaintiff,**

v.                                         Case No. 4:26-cv-9-AW-MJF

OFFICER COOPER, et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who has not alleged "imminent danger of serious physical injury." ECF No. 4. In his objections, ECF No. 5, Plaintiff acknowledges he is a three-striker. He says he attempts to meet the imminent-danger standard, *id.* at 3, but he has not done so. Having carefully considered the matter de novo, I now adopt the report and recommendation and incorporate it into this order.

The motion for leave to proceed *in forma pauperis* (ECF No. 2) is DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes and has not paid the filing fee or shown imminent danger of serious physical injury."

The clerk will then close the file.

SO ORDERED on February 17, 2026.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge